**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

NANCY CARTER                                                                    PLAINTIFF

vs.                                                        Civil Action No. 3:03-cv-780WS

STATE OF MISSISSIPPI, ET AL.                                        DEFENDANTS


**<u>FINAL JUDGMENT</u>**

Before this court is the motion of the defendants for summary judgment.  After

consideration of the motion, evidence offered in support of the motion, and the

memoranda of the parties, the court finds that the motion of the defendants is well

taken and should be granted.  The Memorandum Opinion and Order entered by this

court on September 30, 2006, is incorporated by reference.  For the reasons assigned

in the court's Memorandum Opinion and Order, the court concludes that judgment

should be entered in favor of the defendants and against the plaintiff and that the

defendants should be awarded their costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it

is hereby DISMISSED WITH PREJUDICE in accordance with this court's Memoran-

dum Opinion and Order at the cost of the plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendants are entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 30th day of September, 2006.**

**s/ HENRY T. WINGATE**

_____

**CHIEF UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:03-cv-780 WS
Final Judgment

2